**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 18-1188**

---

In re:  JIMMY LEE ALLRED,

　　　　　Petitioner.

---

On Petition for Writ of Mandamus.  (2:94-cr-00175-WO-1)

---

Submitted:  June 14, 2018                                Decided:  June 18, 2018

---

Before TRAXLER, DUNCAN, and WYNN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Jimmy Lee Allred, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Lee Allred petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted his motion on April 24, 2018, and scheduled a resentencing hearing for June 13. Accordingly, because the district court has recently decided Allred's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*